UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MARK MAYES, | |
|---|---|
| Plaintiff, | |
| v. | NO. C18-1817RSL |
| WASHINGTON BUILDING TRADES, *et al.*, | ORDER OF REFERENCE |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72, this matter is hereby referred to U.S. Magistrate Judge Brian A. Tsuchida.

DATED this 21st day of December, 2018.

Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE - 1